Jones v Mean L.L.C. (2025 NY Slip Op 04386)

Jones v Mean L.L.C.

2025 NY Slip Op 04386

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, SMITH, AND NOWAK, JJ.

529 CA 24-01334

[*1]WAYNE JONES, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF CELESTINE CHANEY, PLAINTIFF-RESPONDENT,
v
MEAN L.L.C., DEFENDANT-APPELLANT, ET AL., DEFENDANTS. (APPEAL NO. 3.) 

RENZULLI LAW FIRM, LLP, WHITE PLAINS (JEFFREY M. MALSCH OF COUNSEL), FOR DEFENDANT-APPELLANT. 
EVERYTOWN LAW, NEW YORK CITY (ERIC TIRSCHWELL OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Erie County (Paula L. Feroleto, J.), entered August 7, 2024. The order denied the motion of defendant MEAN L.L.C. to dismiss the amended complaint against it. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Salter v Meta Platforms, Inc. ([appeal No. 1] — AD3d — [July 25, 2025] [4th Dept 2025]).
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court